UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Lisa Jamison,

                       Plaintiff,                      **ORDER**

      -against-                      20 Civ. 6888 (NSR) (AEK)

Commissioner of Social Security,

                     Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      This case was reassigned to the undersigned on October 19, 2020.  On January 4, 2021, Defendant requested a 60-day extension of the deadline to file the certified administrative record (CAR), from January 4, 2021 to March 5, 2021.  ECF No. 17.  The Court granted this extension on January 4, 2021.  ECF No. 18.  To date, the Commissioner has not filed the CAR.  Defendant is hereby directed to submit a letter to the Court on or before Friday, March 19, 2021 to explain the delay and, if appropriate, to seek a *nunc pro tunc* extension of the filing deadline.  If Defendant does seek an extension, the application must include a statement of Plaintiff's position regarding that request.

Dated: March 16, 2021
       White Plains, New York

                                                **SO ORDERED.**

                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge