UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LISA JANE JAMISON,

                Plaintiff,              20 **CIVIL** 6888 (NSR)(AEK)

-against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2022, the Court adopts the Report & Recommendation in its entirety. Plaintiff's motion seeking reversal of the ALJ's determination is GRANTED and Defendant's cross-motion for judgment on the pleadings is DENIED. The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff and remand the matter back to the SSA for further proceedings consistent with the R&R and this order.

**Dated:** New York, New York
        October 17, 2022

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court
                        **BY:**

                                                    **Deputy Clerk**